Case 1:15-cv-01220-JDB-egb   Document 1-2   Filed 08/31/15   Page 1 of 1    PageID 7



**CORPORATION SERVICE COMPANY**

# Notice of Service of Process

null / ALL
Transmittal Number: 14095655
Date Processed: 08/05/2015

| | |
|---|---|
| **Primary Contact:** | Sheila R. Klug<br>Church Mutual Insurance Company<br>3000 Schuster Lane<br>Merrill, WI 54452 |
| **Copy of transmittal only provided to:** | John Cleary<br>Beth Bant |

| | |
|---|---|
| **Entity:** | Church Mutual Insurance Company<br>Entity ID Number 3151001 |
| **Entity Served:** | Church Mutual Insurance Company |
| **Title of Action:** | The Zion Church vs. Church Mutual Insurance Company |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Madison County Circuit Court, Tennessee |
| **Case/Reference No:** | C-15-221 |
| **Jurisdiction Served:** | Tennessee |
| **Date Served on CSC:** | 08/04/2015 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | TN Department of Commerce and Insurance on 07/27/2015 |
| **How Served:** | Certified Mail |
| **Sender Information:** | J. Brandon McWherter<br>615-354-1144 |

**Notes:** The document was served with some shading.

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscinfo.com

