```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF TENNESSEE
                        EASTERN DIVISION
```
_____

**THE ZION CHURCH,**

        **Plaintiff,**

**v.**                                           **Case No. 1:15-cv-01220**

**CHURCH MUTUAL INSURANCE**                      **JURY DEMAND**
**COMPANY,**

        **Defendant.**
_____

                         NOTICE OF DEPOSITION
_____

    TO:    **Donnie Jones**
           **c/o Brandon McWherter, Esq.**
           **Gilbert Russell McWherter Scott & Bobbitt**
           **101 North Highland Avenue**
           **Jackson, TN  38301**

    Comes now the defendant, Church Mutual Insurance Company, by and through counsel, and gives notice of the taking of deposition of Donnie Jones, on December 17, 2015, starting at 9:00 a.m. at the offices of Gilbert Russell McWherter Scott & Bobbitt, 101 North Highland Avenue, Jackson, Tennessee.  The deposition will be taken before an officer duly authorized to administer oaths.  This deposition shall continue until complete.

    This 2nd day of December, 2015.

Respectfully submitted,

**LUTHER-ANDERSON, PLLP**


  /s/Daniel J. Ripper
**DANIEL J. RIPPER, BPR #15642**
**Attorney for Defendant**
P.O. Box 151
Chattanooga, TN  37401-0151
423-756-5034


**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2015 a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Clerk's electronic filing system.

    Clinton H. Scott, Esq.
    101 North Highland
    Jackson, TN  38301

    J. Brandon McWherter, Esq.
    341 Cool Springs Road
    Franklin, TN  37067


This 2nd day of December, 2015.

**LUTHER - ANDERSON, PLLP**


**BY:  s/Daniel J. Ripper**

**Daniel J. Ripper**