IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

**THE ZION CHURCH,**

      Plaintiff,

v.                                            Case No. 1:15-cv-01220

**CHURCH MUTUAL INSURANCE**            JURY DEMAND
**COMPANY,**

      Defendant.

---

**ORDER OF DISMISSAL**

---

The parties to this action having come before the Court and announced that all matters in controversy between them have been settled and compromised it is hereby

**ORDERED** that this matter be and hereby is dismissed with prejudice.

IT IS SO ORDERED this 12th day of April 2016.

                                            s/ J. DANIEL BREEN
                                            CHIEF UNITED STATES DISTRICT JUDGE