# United States District Court
**WESTERN DISTRICT OF TENNESSEE**
Eastern Division

## JUDGMENT IN A CIVIL CASE

THE ZION CHURCH,

    Plaintiff,

v.                                        CASE NUMBER: 1:15-1220-JDB-egb

CHURCH MUTUAL INSURANCE COMPANY,

    Defendant.

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above-styled matter on 4/12/2016, this action is hereby dismissed with prejudice.

**APPROVED:**

                                                                   **s/J. Daniel Breen**
                                                                   **Chief United States District Judge**

**THOMAS M. GOULD**
**CLERK**

**BY: s/ Evelyn Cheairs**
**DEPUTY CLERK**